THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v GEORGE JACKSON, JR., Appellant. (Appeal No. 2.) [807 NYS2d 911]—Appeal from a judgment of the Steuben County Court (Peter C. Bradstreet, J.), rendered July 19, 2004. The judgment convicted defendant, after a nonjury trial on stipulated facts, of bribing a witness.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed.

Same memorandum as in *People v Jackson* (26 AD3d 781 [2006]). Present—Kehoe, J.P., Martoche, Smith, Pine and Hayes, JJ.